## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

### No. 00-20434
### Summary Calendar

---

CARLOS GONZALEZ,

Petitioner-Appellant,

versus

JOHN ASHCROFT, U.S. Attorney General; DORIS
MEISSNER, Immigration & Naturalization
Service Commissioner; RICHARD CRAVENER,
Immigration & Naturalization Service
District Director,

Respondents-Appellees.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CV-288

---

June 26, 2001

Before DAVIS, DeMOSS, and JONES, Circuit Judges.

PER CURIAM:[*]

Carlos Gonzalez appeals the district court's dismissal of a habeas petition he brought pursuant to 28 U.S.C. § 2241 for want of jurisdiction. Because he has not argued that the district court erred in concluding that it lacked jurisdiction, he has waived any such argument. See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993). Gonzalez asks this court to grant his petition under its

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

own powers, but that would not be proper.  See <u>Zimmerman v. Spears</u>, 565 F.2d 310, 316 (5th Cir. 1977); Fed. R. App. P. 22(a).

**AFFIRMED.**